UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY GRAWE, DANIEL GRAWE, and PACIFIC ENTERPRISE, INC., individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TRUMBULL INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LTD.,<br><br>　　　　　Defendants. | Case No: 3:23-cv-00160-SVN<br><br>Judge Sarala V. Nagala |

## JOINT STATUS REPORT

Pursuant to this Court's August 24, 2023 Order, plaintiffs Betty Grawe, Daniel Grawe, and Pacific Enterprise, Inc. and defendants Trumbull Insurance Company and Sentinel Insurance Company, Ltd., by and through their respective counsel, hereby submit the following Joint Status Report.

The August 24, 2023 Order effectuated a stay of this case pending the resolution of a pending class certification motion filed by plaintiffs in the United States District Court for the Southern District of Ohio, Goble v. Trumbull Ins. Co., Case No. 2:20-cv-5577. The Goble matter involves substantially similar allegations to this matter, including largely overlapping class states, putative class members, plaintiffs' counsel, a certain defendant, and defendants' counsel.[1] In addition to the stay, the August 24, 2023 Order also placed an ongoing duty upon the parties to notify this Court either:

　(1) when oral argument is scheduled on the class certification motion pending in the Ohio

---

[1] The overlap between the two matters is more fully described in the parties' August 11, 2023 Form 26(f) Report of Parties Planning Meeting, Doc. 38.

action, if argument is scheduled; and (2) when the class certification motion is resolved by the Ohio court.

Aug, 24, 2023 Order.

On December 29, 2023, Judge Morrison issued an opinion and order in Goble denying plaintiffs' motion for class certification. A copy of that decision is attached hereto as Exhibit A.

The Goble court has ordered the Goble plaintiffs to show cause by January 12, 2024 why their claim for injunctive relief with respect to class claims should not be dismissed. In light of that direction, and on this basis, the parties recommend that this matter remain **STAYED** until the resolution of the forthcoming Goble filing(s), or until February 23, 2024, as originally contemplated by the August 24, 2023 stay order in this case.

Respectfully submitted,

| */s/ T. Joseph Snodgrass* | */s/ Kim E. Rinehart* |
|---|---|
| T. JOSEPH SNODGRASS (*pro hac vice*)<br>(MN Bar #231071)<br>**Snodgrass Law LLC**<br>100 South Fifth Street<br>Suite 800<br>Minneapolis, MN 55402<br>(612) 448-2600<br>jsnodgrass@snodgrass-law.com | Kim E. Rinehart (ct24427)<br>WIGGIN AND DANA LLP<br>One Century Tower<br>265 Church Street<br>P.O. Box 1832<br>New Haven, CT 06508-1832<br>Telephone: (203) 498-4363<br>Facsimile: (203) 782-2889 |
| MICHAEL C. CONROY<br>(CT Bar 22254)<br>**HASSETT & GEORGE, P.C.**<br>945 Hopmeadow Street<br>Simsbury, CT 06070<br>Tel: (860) 651-1333<br>mconroy@hgesq.com | Katheryn M. Lloyd (*pro hac vice*)<br>Carpenter Lipps LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Telephone: (614) 365-4100<br>Facsimile: (614) 365-9145<br>lloyd@carpenterlipps.com |
| J. BRANDON McWHERTER (*pro hac vice*)<br>(TN Bar #21600)<br>**McWHERTER SCOTT BOBBITT PLC**<br>341 Cool Springs Blvd., Suite 230 | *Attorneys for Defendants Trumbull Insurance Company and Sentinel Insurance Company, LTD.* |

Franklin, TN 37067
Tel: (615) 354-1144
brandon@msb.law

ERIK D. PETERSON (*pro hac vice*)
(KY Bar #93003)
**ERIK PETERSON LAW OFFICES, PSC**
110 W. Vine Street, Suite 300
Lexington, KY 40507
Tel: (800) 614-1957
erik@eplo.law

*Attorneys for Plaintiffs Daniel and Betty Grawe
and Pacific Enterprise, Inc.*

# EXHIBIT A

| | |
|---|---|
| From: | CMECF@ctd.uscourts.gov |
| Sent: | Thursday, August 24, 2023 9:14 AM |
| To: | CMECF@ctd.uscourts.gov |
| Subject: | Activity in Case 3:23-cv-00160-SVN Grawe et al v. Trumbull Insurance Company Order |

**WARNING! External email. Do not click/open unexpected links/attachments.**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 8/24/2023 at 9:14 AM EDT and filed on 8/24/2023

**Case Name:** Grawe et al v. Trumbull Insurance Company
**Case Number:** 3:23-cv-00160-SVN
**Filer:**
**Document Number:** 41(No document attached)

**Docket Text:**
**ORDER.** As explained on the record during the Scheduling Conference on August 23, 2023, the Court orders that this case shall be stayed for a period of six months, until February 23, 2024, subject to the deadlines set forth below. The Second Circuit has explained that, "[a]s part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative of another federal court suit." *Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000). After considering "the equities of the situation," a court faced with a duplicative suit may exercise its discretion to stay the second suit, among other things. *Id.* The first-filed suit is generally afforded priority. *Hilb Rogal & Hobbs Co. v. MacGinnitie*, No. 3:04-CV-1541 (JCH), 2005 WL 441509, at *4 (D. Conn. Feb. 14, 2005) (citing *First Nat'l Bank & Trust Co. v. Simmons*, 878 F.2d 76, 80 (2d Cir. 1989)).

Here, the parties have explained that, while the present action is not entirely duplicative of the related action pending in the U.S. District Court for the Southern District of Ohio, there is substantial overlap between the two actions. *See generally* ECF No. [38]. Defendant Trumbull Insurance Company is also a defendant in the Ohio action. Counsel for both Defendants represented that the discovery to be conducted with respect to Defendant Sentinel Insurance Company, Ltd. in this action would be largely duplicative of the discovery to be conducted

with respect to Trumbull. This substantial overlap, combined with the convenience of conserving the Court's and the parties' resources, counsels in favor of staying the present action.

As explained on the record, however, the Court is not inclined to permit a *lengthy* stay of this case, given the Court's own interest in managing its docket efficiently. *See Dietz v. Bouldin*, 579 U.S. 40, 47 (2016). Accordingly, the Court orders the parties to file joint status reports informing the Court: (1) when oral argument is scheduled on the class certification motion pending in the Ohio action, if argument is scheduled; and (2) when the class certification motion is resolved by the Ohio court. These status reports shall be due no later than one week after the events triggering them. If the class certification motion in the Ohio action is resolved before the February 23, 2024 conclusion of the stay of the present action, the Court may consider whether to lift the stay *sua sponte*. If the class certification motion in the Ohio action is not resolved by the February 23, 2024 conclusion of the stay in the present action, the parties shall file a joint status report by February 26, 2024, and that report shall propose either lifting the stay or a *reasonable* extension of the stay. Either party may move to lift the stay at any time.
Signed by Judge Sarala V. Nagala on 8/24/2023. (Rennie, Carolyn)


**3:23-cv-00160-SVN Notice has been electronically mailed to:**

Michael C. Conroy     mconroy@hgesq.com, dpare@hgesq.com, ksmith@hgesq.com, llockhart@hgesq.com

Kim E. Rinehart     krinehart@wiggin.com, asierra@wiggin.com

James Brandon McWherter     brandon@msb.law, lori@msb.law, rachael@msb.law

Erik D. Peterson     erik@eplo.law, suzy@eplo.law

Katheryn Lloyd     lloyd@carpenterlipps.com, minton@carpenterlipps.com, tootle@carpenterlipps.com

Thomas Joseph Snodgrass     jsnodgrass@snodgrass-law.com, bfriesen@snodgrass-law.com, klelo@snodgrass-law.com, mdetert@snodgrass-law.com

**3:23-cv-00160-SVN Notice has been delivered by other means to:**